# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEOVARDO PARAMO,<br><br>       Plaintiff,<br><br>   v.<br><br>BORAL STONE PRODUCTS LLC,<br><br>       Defendant. | Case No. 13-cv-02344 NC<br><br>**SECOND ORDER TO COMPLY WITH ADR DEADLINES** |

In its case management scheduling order issued on August 16, 2013, Dkt. No. 13, the Court set a deadline of August 28, 2013 for the parties to meet and confer about selecting an ADR process and file either a Stipulation to ADR Process or a Notice of Need for ADR Telephone Conference. *See* Civil L.R. 16-8(c); ADR L.R. 3-5(a),(c). The parties have not complied with this deadline. The parties must do so by October 11, 2013.

IT IS SO ORDERED.

Date: October 3, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge