LATHROP & GAGE LLP
Jack Rowe (Bar Nos. KS Fed. Dist. Ct. 70005/
MO 22996/MO Fed. Dist. Ct. ED 22996MO)
jrowe@lathropgage.com
Lauren J. Katunich (Bar No. 227599)
lkatunich@lathropgage.com
1888 Century Park East, Suite 1000
Los Angeles, California  90067-1623
Telephone:  310.789.4600
Facsimile:  310.789.4601

Attorneys for Defendant
BORAL STONE PRODUCTS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEOVARDO PARAMO,<br><br>            Plaintiff,<br><br>v.<br><br>BORAL STONE PRODUCTS, LLC,<br><br>            Defendant. | Case No.  3:13-CV-02344-NC<br><br>*[Assigned to the Honorable Nathanael Cousins, Courtroom A, 15th Floor]*<br><br>**STIPULATION AND [PROPOSED] ORDER SEEKING REMOVAL FROM COURT MEDIATION AND REFERRING TO PRIVATE ADR** |

   Plaintiff Leovardo Paramo ("Plaintiff") and Defendant Boral Stone Products, LLC ("Defendant"), by and through their respective counsel of record, enter into the stipulation below based on the following facts:

### RECITALS

   WHEREAS the Court assigned the above-entitled matter out to mediation under ADR Local Rule 6.

   WHEREAS the Parties have agreed to submit this matter to private mediation to be conducted on January 9, 2014 in San Francisco, California. The Parties agreed to private mediation and made all necessary arrangements prior to

receiving the Notice of Assignment of Mediator.

WHEREAS the Parties wish to proceed forward with the private mediation as currently scheduled so as to avoid any scheduling issues.

THEREFORE, the Parties jointly request that the Court revoke the Order appointing a mediator and permit the Parties to proceed forward with the private mediation as scheduled.

## STIPULATION

Based on the foregoing Recitals, the Parties hereby stipulate as follows:

1. The Parties request that the Court vacate the Order and Notice of Assignment of Mediator.

2. The Parties agree to participate in private mediation and will complete the private mediation by or before the January 31, 2014 deadline set by the Court.

Dated: December 2, 2013          Michael H. Kim., P.C.

By: _____
Michael H. Kim, Esq.
Attorneys for Plaintiff
LEOVARDO PARAMO

Dated: December 2, 2013          LATHROP & GAGE LLP

By: _____
Lauren J. Katunich, Esq.
Jack Rowe, Esq.
Attorneys for Defendant
BORAL STONE PRODUCTS LLC

**STIPULATION AND [PROPOSED] ORDER SEEKING REMOVAL FROM COURT MEDIATION AND REFERRING TO PRIVATE ADR**

# ORDER

**IT IS SO ORDERED.**

Based on the parties' Joint Stipulation and good cause appearing, the Court hereby orders as follows:

1. The Court revokes the Order dated November 19, 2013 appointing mediator Margaret Hart Edwards, and permits the Parties to proceed forward with private mediation as scheduled.

Dated: December 3, 2013



_____
The Honorable Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins

**STIPULATION AND [PROPOSED] ORDER SEEKING REMOVAL FROM COURT MEDIATION AND REFERRING TO PRIVATE ADR**

Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623