Michael H. Kim, Esq. (SBN: 200792)
Law Firm Of Michael H. Kim
A Professional Corporation
475 El Camino Real, Suite 309
Millbrae, CA 94030
Tel:  (650) 697-8899
Fax:  (650) 697-8896
Attorney For Plaintiff
Leovardo Paramo

LATHROP & GAGE, LLP
Jack Rowe, Esq. (Bar Nos. KS Fed. Dist. Ct. 70005/ MO 22996/ MO Fed. Dist. Ct. ED 22966MO)
Lauren J. Katunich (SBN: 227599)
1888 Century Park East, Suite 1000
Los Angeles, CA 90067-1623
Telephone: 310-789-4600
Facsimile: 310-789-4601
Attorneys for Defendant
Boral Stone Products LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOVARDO PARAMO,<br><br>    Plaintiff,<br><br>    vs.<br><br>BORAL STONE PRODUCTS LLC,<br><br>    Defendant. | Case No. CV 13-2344 NC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

The parties, plaintiff Leovardo Paramo ("plaintiff"), and defendant Boral Stone Products LLC ("defendant"), completed mediation on January 9, 2013 and have reached

- 1 -

1 agreement.  Accordingly, it is HEREBY STIPULATED through counsel that the above-
2 captioned action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of
3 Civil Procedure, with each party to bear and pay his or its own costs and attorneys' fees.

5 IT IS STIPULATED.

6 Dated: January 23, 2014                     LATHROP & GAGE, LLP

9                                                                 By: /S/ Lauren J. Katunich
                                                                         Lauren J. Katunich
10                                                               Attorneys for Defendant
                                                                 BORAL STONE PRODUCTS LLC

14 Dated: January 23, 2014                     LAW FIRM OF MICHAEL H. KIM

16                                                                 By: /S/ Michael H. Kim
                                                                         Michael H. Kim
17                                                               Attorneys for Plaintiff LEOVARDO PARAMO

20 IT IS SO ORDERED.

22 Dated:  __January 24, 2014__

GRANTED
Judge Nathanael M. Cousins

- 2 -